**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Godlife Asad MUHAMMAD, a.k.a. Godlife Muhammad, Kiven Ross, Defendant—Appellant.**

No. 07–10605.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed March 5, 2010.

Office of the U.S. Attorney, Oakland, CA, Barbara J. Valliere, Esq., Office of the U.S. Attorney, San Francisco, CA, for Plaintiff-Appellee.

Godlife Asad Muhammad, Law Offices of Shana Keating, San Francisco, CA, pro se.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

MEMORANDUM **

Godlife Asad Muhammad appeals from the 108–month sentence imposed upon remand for resentencing. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Muhammad's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant the opportunity to file a pro se supplemental brief. No

pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.